UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALISON GEORGE, *on behalf of herself and those similarly situated,*<br><br>Plaintiff,<br><br>vs.<br><br>FEDERATED LAW GROUP, PLLC; CACH OF NJ, LLC; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:18-cv-06567-WHW-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
Yongmoon Kim

DATED: November 7, 2018

SO ORDERED: IT IS SO ORDERED:
S/ William H. Walls, USDJ
_____
U.S.D.J.

DATED:                    William H. Walls, U.S.D.J.   11/09/2018